IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARINA CUAUTLE, | ) | |
| | ) | No.: 1:25-cv-00522 |
| Plaintiff, | ) | |
| | ) | Honorable Sara L. Ellis, |
| vs. | ) | Judge Presiding |
| | ) | |
| IKEA DISTRIBUTION CENTER INC., | ) | Honorable Maria Valdez, |
| | ) | Magistrate Judge |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Now Comes the Plaintiff, Marina Cuautle, by and through her attorney, Edmund J. Scanlan, and in response to Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, states as follows:

1. Plaintiff filed her complaint *pro se* alleging discrimination pursuant to Title VII of the Civil Rights Act of 1964 on January 16, 2025.

2. Plaintiff's attorney filed his appearance on May 9, 2025.

3. Based upon a review of the complaint, plaintiff's attorney believes defendant's arguments in their Motion to Dismiss are well-founded.

4. Accordingly, plaintiff is seeking leave to file a Second Amended Complaint.

Wherefore, the Plaintiff, Marina Cuautle, respectfully requests this Honorable Court to grant her leave to file her Second Amended Complaint within 48 days.

Respectfully submitted,

*/s/ Edmund J. Scanlan*

Edmund J. Scanlan
Attorney for Plaintiff Marina Cuautle
30 North Michigan Avenue, Suite 1024
Chicago, Illinois 60602
Telephone: (312) 422-0343
Facsimile: (312) 422-0358
Email: ejs@scanlanlawgroup.com
ARDC #: 2466643

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing **Plaintiff's Response to Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF registered participants with the System:

***Attorneys Representing Defendant***

Michael Wilder mwilder@littler.com
Yara Mroueh ymroueh@littler.com
Littler Mendelson, P. C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
(312) 795-3202

*/s/ Edmund J. Scanlan*
Edmund J. Scanlan
Attorney for Plaintiff Marina Cuautle
30 North Michigan Avenue, Suite 1024
Chicago, Illinois 60602
Telephone: (312) 422-0343
Facsimile: (312) 422-0358
Email: ejs@scanlanlawgroup.com
ARDC #: 2466643